**2013–1905. Jacobs v. FirstMerit Corp.**
Lake App. No. 2013–L–012, 2013-Ohio-4308. Reported in 138 Ohio St.3d 1468, 2014-Ohio-1674, 6 N.E.3d 1204. On mtion for reconsideration. Motion denied.

FRENCH, J., dissents and would grant the motion for reconsideration as to Proposition of Law Nos. IV and V.

**2014–0036. State v. Farley.**
Muskingum App. No. CT2013–0026, 2013-Ohio-5517. Reported in 138 Ohio St.3d 1468, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

**2014–0157. Granata v. Stamatakos.**
Franklin App. No. 13AP–424, 2013-Ohio-5548. Reported in 138 Ohio St.3d 1471, 2014-Ohio-1674, 6 N.E.3d 1206. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*June 13, 2014*

[Cite as *06/13/2014 Case Announcements*, 2014-Ohio-2544.]

## MOTION AND PROCEDURAL RULINGS

**2014–0789. Fiduciary Trust Co. v. Bigley.**
Trumbull App. No. 2013–T–0077, 2014-Ohio-1373. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' judgment and motion for stay of the of the court of common pleas' judgment entry dated June 3, 2014, it is ordered by the court that the motions are denied.

O'NEILL, J., dissents and would grant the motion for stay of the court of common pleas' judgment entry dated June 3, 2014, and continue the supersedeas bond.

**2014–0525. State v. Spivey.**
Mahoning App. No. 12 MA 75, 2014-Ohio-721. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike memorandum in support of jurisdiction, it is ordered by the court that the motion is denied.

It is further ordered that the appellee may file a memorandum in response within 30 days from the date of this entry.